**550**

Jose Martin DIAZ FLORES;
et al., Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 07–70578.

United States Court of Appeals,
Ninth Circuit.

Submitted June 4, 2007 *.

Filed June 12, 2007.

Jose Martin Diaz Flores, Pomona, CA, pro se.

Maricela Diaz, Pomona, CA, pro se.

Edgar Martin Diaz, Pomona, CA, pro se.

CAC–District, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Lauren E. Fascett, Office of Immigration Litigation, Civil Division, Washington, DC, for Respondent.

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' ("BIA") order denying petitioners' motion to reopen removal proceedings.

The BIA did not abuse its discretion in denying petitioners' motion to reopen because the motion to reopen was untimely and did not meet any of the regulatory exceptions. *See* 8 C.F.R. § 1003.2(c); *Rodriguez–Lariz v. INS*, 282 F.3d 1218, 1222 (9th Cir.2002). Accordingly, respondent's unopposed motion for summary disposition is granted.

All other pending motions are denied as moot. The temporary stay of removal confirmed by Ninth Circuit General Order 6.4(c) shall continue in effect until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

Juan Luis CASTILLO–CASTILLO;
et al., Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 07–70797.

United States Court of Appeals,
Ninth Circuit.

Submitted June 4, 2007 *.

Filed June 12, 2007.

Juan Luis Castillo–Castillo, El Monte, CA, pro se.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. *See*

Fabiola Flores–Rodriguez, El Monte, CA, pro se.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Aviva L. Poczter, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Terri Leon Benner, Office of Immigration Litigation, Civil Division, U.S. Department of Justice, Civil Div., Washington, DC, for Respondent.

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

### MEMORANDUM [**]

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

This is a petition for review of the Board of Immigration Appeals' ("BIA") order denying petitioners' motion to reopen removal proceedings.

The regulations provide that a party "may file only one motion to reopen removal proceedings...." *See* 8 C.F.R. § 1003.2(c)(2). Therefore, the BIA did not abuse its discretion in denying petitioners' third motion to reopen. *See id.*; *Lara–Torres v. Ashcroft*, 383 F.3d 968, 972 (9th Cir.2004).